AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANGELA SUMMERFIELD,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. 2:11-cv-452**

**FRANKLIN COUNTY**       **JUDGE EDMUND A. SARGUS, JR.**
**CORONER'S OFFICE, et al.,**       **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed 04/23/2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 23, 2013       JOHN P. HEHMAN, CLERK

      */S/ Andy F. Quisumbing*
      (By) Andy F. Quisumbing
      Courtroom Deputy Clerk